UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-CV-22842-JEM

FELIX ANTONIO RESTREPO, and all others )
similarly situated under 29 U.S.C. 216(b), )
)
            Plaintiff, )
  vs. )
)
MOBILE CLINIC SERVICES, LLC., )
)
           Defendant. )
)
_____ )

### PLAINTIFF'S AMENDED STATEMENT OF CLAIM

Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described Statement of Claim as follows.  This Statement of Claim is filed under the Court's Order [DE 6]:

Time-and-a-Half Overtime Claim (8/30/15--12/31/16)[1]:

Amount of Half-time per hour not compensated: $19.87

Weeks: 68

Overtime hours per week: 10

**Total wages unpaid and liquidated damages: $13,511.60 x 2 = $27,023.20**

**Plaintiff also seeks all fees and costs under the FLSA.**

**[SIGNATURE BLOCK AND CERTIFICATE OF SERVICE ON SUBSEQUENT PAGE]**

---

[1] Except for the dates of on or about October 7, 2015 through on or about October 20, 2015.

Respectfully submitted,

Bruno A. Garofalo, Esq.
J. H. Zidell, P.A.
300-71st Street, Suite 605
Miami Beach, Florida 33141
Phone: 305-865-6766
Fax: 305-865-7167

By: *Bruno A. Garofalo*
Bruno A. Garofalo, Esq.
Florida Bar No.: 0122023

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on Monday, August 21, 2017, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BY: *Bruno A. Garofalo*
Bruno A. Garofalo, Esq.

## SERVICE LIST

All CM/ECF Recipients