**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:17-CV-22842-JEM**

FELIX ANTONIO RESTREPO, and all others )
similarly situated under 29 U.S.C. 216(b),  )
                                        Plaintiff,

vs.

MOBILE CLINIC SERVICES, LLC,

                                        Defendant.
_____

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT SCHEDULING REPORT AND TO MEET IN PERSON IN COMPLIANCE WITH ORDER [DE 7]**

**COME NOW** the Plaintiff, FELIX ANTONIO RESTREPO, by and through undersigned counsel, and hereby files the above-described Motion, and in support thereof states as follows:

1. This matter sounds under the Fair Labor Standards Act ("FLSA") 29 U.S.C. §§ 201-216, regarding allegations for overtime wage violations.

2. On July 31, 2017 the Court entered an order requiring the Parties to file a Joint Scheduling Report and meet in-person to discuss same within twenty (20) days of the appearance of Defendant's counsel.

3. On August 28, 2017, the Defendant's counsel filed an Answer to the Complaint. Accordingly, the Joint Scheduling Order and the in-person meeting are due to be completed by September, 18, 2017.

4. Due to severe weather caused by Hurricane Irma and the lingering effects on the power grid and communications network, the Parties have not had sufficient time to coordinate an in-person meeting to confer regarding the Joint Scheduling Order. Additionally, the undersigned

counsel has not been able to reach Defendants' counsel for the last several days. Upon information and belief, the undersigned presupposes that this lack of communication is due to the lingering effects of Hurricane Irma.

5. The Court has discretion to grant enlargements and to amend its scheduling order when good cause is shown. *See Johnson v. Bd. of Regents of Univ. Ga.*, 263 F.3d 1417 (11th Cir. 2011); *See also, Sosa v. Airport Systems, Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998); *Michael Grecco Photography, Inc. v. Everett Collection, Inc.*, No. 07-CIV-8171, 2008 WL 4580024, *3-4 (S.D.N.Y. 10/14/08). The foregoing should constitute good cause shown to justify an extension under FRCP 6 and *Hetzel v. Bethlehem Steel Corp.*, 50 F.3d 360 (5th Cir. 1995).

**6.** The Plaintiff submits that this request for an extension is done in good faith and not for the purpose of delay but rather to allow the Parties the opportunity to address these issues and comply with this Court's Order [DE 7].

7. **The undersigned submits to the Court that he has attempted to reach Defendant's Counsel by telephone and e-mail, but has not received any response.**

8. The brief enlargement of time will not impact the calendar.

9. **WHEREFORE**, The Plaintiff respectfully requests a brief enlargement of sixteen (16) days from the date Plaintiff's Response in Opposition is currently due (through to October 4, 2017) to meet in-person with Defendant's Counsel and file a Joint Scheduling Report in compliance with this Court's Order [DE 7].

**[SIGNATURE BLOCK AND CERTIFICATE OF SERVICE ON SUBSEQUENT PAGE]**

Respectfully submitted,

Bruno A. Garofalo, Esq.
J. H. Zidell, P.A.
300-71st Street, Suite 605
Miami Beach, Florida 33141
Phone: 305-865-6766
Fax: 305-865-7167

By: *Bruno A. Garofalo*
Bruno A. Garofalo, Esq.
Florida Bar No.: 0122023

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on Monday, September 18, 2017, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BY: *Bruno A. Garofalo*
Bruno A. Garofalo, Esq.

## SERVICE LIST

| | |
|---|---|
| Richard L. Williams, Esq.<br>Richard.williams@hygea.net<br>rich1947@bellsouth.net<br>Phone:786-405-3312<br>FBN 150479<br>8750 N.W. 36 Street<br>Suite 300<br>Miami, FL 33178 | |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:17-CV-22842-JEM**

FELIX ANTONIO RESTREPO, and all others )
similarly situated under 29 U.S.C. 216(b),   )
                                                                    )
              Plaintiff,               )
                                                                     )
      vs.                          )
                                                                      )
MOBILE CLINIC SERVICES, LLC,     )
                                                                      )
             Defendant.              )
_____ )

**ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME**

This cause, having come before the Court on the above-described motion, and the Court being duly advised in the premises, it is ORDERED AND ADJUDGED that said motion is granted as follows:

The Parties shall have through to October 4, 2017 to comply with this Court's Order [DE 7].

DONE AND ORDERED in chambers in Miami, Florida, on this _____ day of _____, 2017.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record