UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-22842-CIV-OTAZO-REYES

**CONSENT CASE**

FELIX ANTONIO RESTREPO, and all
others similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

v.

MOBILE CLINIC SERVICES, LLC,

    Defendant.
_____/

**ORDER**

THIS CAUSE came before the Court upon the following matters:

- Plaintiff Felix Antonio Restrepo's ("Plaintiff") Motion for Default [D.E. 29];

- Plaintiff's Motion Seeking Leave to File and Serve Second Amended Complaint (hereafter, "Motion to Amend") [D.E. 30]; and

- Plaintiff's Second Motion for Enlargement of All Pre-Trial and Trial Deadlines (hereafter, "Motion for Enlargement of Time") [D.E. 32].

Upon due consideration, it is

ORDERED AND ADJUDGED that Plaintiff's Motion to Amend [D.E. 30] is GRANTED. Plaintiff may file the Second Amended Complaint that is attached to the Motion to Amend as Exhibit 1 [D.E. 30-1]. It is further

ORDERED AND ADJUDGED that Plaintiff's Motion for Default [D.E. 29] is DENIED AS MOOT in light of the Second Amended Complaint. It is further

ORDERED AND ADJUDGED that Plaintiff's Motion for Enlargement of Time [D.E.

32] is GRANTED as follows:

- All pre-trial deadlines are extended by an additional **90 days**.

- The Pretrial Conference set for Wednesday, October 3, 2018 is hereby **RESET** to **Wednesday, January 16, 2019 at 2:00 P.M. at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor.**

- The Jury Trial is specially **RESET** to commence on **Tuesday, January 22, 2019, at 9:00 A.M. at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor.** Four days have been reserved for the trial.

DONE AND ORDERED in Chambers at Miami, Florida, this 25th day of May, 2018.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record