UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CV-22842-OTAZO-REYES

CONSENT CASE

FELIX ANTONIO RESTREPO, and all others
similarly situated under 29 U.S.C. § 216(b),

    Plaintiff,

v.

MOBILE CLINIC SERVICES, LLC., and
HYGEA HEALTH HOLDINGS, INC,

    Defendants.
_____/



## ORDER OF DISMISSAL

THIS CAUSE came before the Court upon the parties' Joint Motion for Approval of Parties Settlement Agreement and Stipulated Dismissal with Prejudice (hereafter, "Joint Motion") [D.E. 52]. Having reviewed the Settlement Agreement between Plaintiff Felix Antonio Restrepo ("Plaintiff") and Defendants Mobile Clinic Services, LLC and Hygea Holdings, Inc. ("Defendants"), it appears to the Court that due cause exists to approve the settlement and dismiss the case with prejudice regarding Plaintiff's claims against Defendants with the Court to retain jurisdiction to enforce the terms of the Settlement Agreement. Therefore, it is

ORDERED AND ADJUDGED that the parties' Joint Motion [D.E. 52] is GRANTED. It is further

ORDERED AND ADJUDGED that the Settlement Agreement is hereby APPROVED by the Court pursuant to Lynn's Food Stores, Inc. v. U.S. Dep't of Labor, 679 F.2d 1350 (11th Cir. 1982), and this action is DISMISSED WITH PREJUDICE with the Court to retain jurisdiction to enforce the terms of the Settlement Agreement. The parties shall finalize the settlement through

the exchange of consideration as contemplated in the Settlement Agreement. Each party shall bear its own costs and attorney's fees, except as otherwise stated in the Settlement Agreement. All pending motions are DENIED AS MOOT and this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida this 9th day of July, 2018.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record